Jean Duffy, a Minor, by James Duffy, her Father and Next Friend, and Jean Duffy, Administrator of Estate of Bertha Brockway, Deceased, Plaintiffs-Appellants, v. Raymond Cortesi, Defendant-Appellee.

Gen. No. 10,642.

James A. Dooley, for appellants; Fuqua & Fuqua, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed May 15, 1953; rehearing denied June 30, 1953; released for publication June 30, 1953.

Stanford Petroleum Corporation, Appellee, v. Rodi Boat Company, Appellant.

Gen. No. 45,952.

Henry A. Blair, for appellant; William Parker Ward, for appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed May 28, 1953; released for publication June 24, 1953.

## Bycie Ann Lindsay, Appellant, v. Arthur Paris Lindsay and Chicago Terminal National Bank, Appellees.

### Gen. No. 45,989.

Rufus Sampson, for appellant; no appearance for appellees. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed May 28, 1953; released for publication June 24, 1953.

## Dorothy Janovicz, Administratrix of Estate of Victor Janovicz, Deceased, Appellee, v. Edwin Schiesher, Appellant.

### Gen. No. 45,946.